# Third District Court of Appeal

## State of Florida

Opinion filed July 30, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-532
Lower Tribunal No. 8-25041

_____

**Harsolson Delisca,**
Petitioner,

vs.

**Michael D. Crews, etc., et al.,**
Repondents.

A case of Original Jurisdiction – Ineffective Assistance of Appellate Counsel.

Amy Weber and Daniel Tibbitt, for petitioner.

Pamela Jo Bondi, Attorney General, and Michael W. Mervine, Assistant Attorney General, for respondents.

Before SHEPHERD, C.J., and ROTHENBERG and SCALES, JJ.

PER CURIAM.

Following review of the petition for writ of habeas corpus alleging ineffective assistance of appellate counsel, it is ordered that said petition is hereby denied on the merits.